# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-2081

Ross Fiorani v. Chrysler Group, et al

1-12-cv-00416

## ORDER



Upon further review, it appears that it would not be appropriate to submit this appeal to a panel of the Court to consider whether summary action is warranted under IOP 10.6. A briefing schedule will be issued. In addition to any other issues that parties may wish to address, the parties are directed to brief the issues of (1) whether the District Court erred in sua sponte dismissing Fiorani's complaint with prejudice due to improper venue; and (2) whether improper venue is a proper ground for finding a complaint frivolous under U.S.C. §1915 (e).

For the Court,

Marcia M. Waldron

Marcia M. Waldron, Clerk

Dated: August 30, 2012

nf/cc:  Ross A. Fiorani

*[Handwritten note:] Place in file against bribed and corrupt Judge T.S. ELLIS, III, case #10-989, #11-1339-4CCA. Send copies to U.S. Ct App. for the Fourth Cir. on ignoring judicial bribery biases, prejudices & favoritism shown by J. Ellis' opinions deliberate false representations seen in opinion.*



Fiorani
7115 Latour Ct,
Kingstowne, VA. 22315

United States District Court
Eastern District of Virginia
Corrupted Judge Ellis, III
410 Courthouse Square
Alexandria, VA. 22314

PLTFS V. Chrysler-Dodge
3rd Cir. Reverses Dismissal

